THE STATE OF IOWA, Appellee, v. JACOB C. WAGNER, Appellant.

Liquor Nuisance: CONVICTION: APPEAL.

*Appeal from Polk District Court.*—HON. C. P. HOLMES, Judge.

FRIDAY, MAY 26, 1893.

INDICTMENT for a liquor nuisance. The defendant was convicted, sentenced, and appeals.—*Affirmed.*

No appearance for appellant.

*John Y. Stone,* Attorney General, and *Thos. A. Cheshire,* for the State.

KINNE, J.—This cause is submitted on a transcript which contains nothing save a copy of the indictment, notice of appeal, appeal bond, and record entry of judgment. We have carefully examined the entire record before us, and discover no error. The judgment of the district court is AFFIRMED.

THE STATE OF IOWA, Appellee, v. LEVI HILLISON, Appellant.

Liquor Nuisance: CONVICTION: APPEAL.

*Appeal from Polk District Court.*—HON. C. P. HOLMES, Judge.

FRIDAY, MAY 26, 1893.

*Phillips & Phillips,* for appellant.

*John Y. Stone,* Attorney General, for appellee.

BY THE COURT.—This case was submitted upon a transcript, and without abstract or argument. The transcript shows that the defendant was legally charged, tried, and convicted of the crime of owning and keeping intoxicating liquors, with intent to sell the same, in Polk county, Iowa, in violation of law. Judgment was entered that defendant pay a fine of fifty dollars and costs taxed at sixty-nine dollars, and that he be imprisoned in the jail of Polk county for thirty-five days, unless said fine and costs be paid. From this judgment the defendant appealed. We have examined the transcript before us with care, and fail to discover any errors or irregularities in the proceedings. The judgment of the district court is, therefore, AFFIRMED.